UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00517

**Roxanne Joganik,**
*Plaintiff,*

v.

**East Texas Medical Center et al.,**
*Defendants.*

# ORDER

On June 21, 2022, plaintiff filed a motion for summary judgment (Doc. 113) and a motion for judgment as a matter of law (Doc. 114). On July 20, 2022, the magistrate judge issued a report recommending that plaintiff's motion for judgment as a matter of law and motion for summary judgment be denied. Doc. 125. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for judgment as a matter of law (Doc. 114) and motion for summary judgment (Doc. 113) are denied.

*So ordered by the court on August 10, 2022.*

J. CAMPBELL BARKER
United States District Judge